**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6508**

ARTHUR LEE TILLMAN,

Petitioner - Appellant,

versus

STEPHEN M. DEWALT, Warden, FCI Butner; JOHN
ASHCROFT, US Attorney General,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Joseph C. Howard, District
Judge. (CA-01-937-5-HO)

Submitted: May 16, 2002          Decided: May 28, 2002

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Lee Tillman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur Lee Tillman appeals the district court's order denying his motion under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Tillman v. Dewalt</u>, No. CA-01-937-5-HO (E.D.N.C. filed Feb. 19, 2002, entered Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2